## ROBERT WARD *v.* COMMISSIONER OF CORRECTION
### (AC 30343)

Beach, Robinson and Schaller, Js.

Argued September 11—officially released October 13, 2009

Per Curiam. The judgment is affirmed.

## NYRON DUMAS *v.* COMMISSIONER OF CORRECTION
### (AC 29888)

Flynn, C. J., and Alvord and Sullivan, Js.

Argued September 15—officially released October 13, 2009

Per Curiam. The appeal is dismissed.

## CORNELIUS J. HARGROVE *v.* COMMISSIONER OF CORRECTION
### (AC 29817)

Bishop, Beach and Hennessy, Js.

Argued September 24—officially released October 20, 2009

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* DAVID ABRAHAMS
### (AC 29928)

Flynn, C. J., and Lavine and Alvord, Js.

Argued September 21—officially released October 20, 2009

Per Curiam. The judgment is affirmed.